# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERI L. LOWRY, individually, and on behalf of those similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>SOUTHWEST AIRLINES CO., and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.: 8:15-cv-00500-CJC (DFMx)<br><br>Assigned for All Purposes to Honorable Cormac J. Carney<br><br>**JUDGMENT** |

1  By Order of August 10, 2015, the Court granted the motion for summary
2  judgment of defendant SOUTHWEST AIRLINES, CO. against plaintiff Teri L.
3  Lowry.  In accordance with that Order,
4      IT IS ORDERED, ADJUDGED, AND DECREED that:
5      1.    Judgment shall be entered in favor of defendant SOUTHWEST
6          AIRLINES CO. and against plaintiff Teri L. Lowry.
7      2.    Plaintiff shall take nothing by her complaint against SOUTHWEST
8          AIRLINES CO.
9      3.    The parties are to bear their own costs of suit.

Dated:  September 9, 2015

_____
THE HONORABLE CORMAC J. CARNEY

1
JUDGMENT

Doc. # DC-8567750 v.1